# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)**: 25-41

**Case Name**: Arizona Yage Assembly v. Merrick B. Garland, Attorney General

**Counsel submitting this form**: CHARLES CARREON

**Represented party/parties**: Arizona Yagé Assembly; Winfield Scott Stanley III

*Briefly describe the dispute that gave rise to this lawsuit.*

This appeal is from the District Court's denial of a motion for intervention, supported by the complaint in intervention, of Taylor Cox, individually and on behalf of a class of 5,239 persons whose identities, emails, medical records, personal religious disclosure, records of ceremonial attendance and donations, are at risk of being disclosed to Defendants the Drug Enforcement Administration, the Dept. of Homeland Security, and Customs and Border Enforcement (the "Agency Defendants"), according to the terms of a Disclosure Order (USDC Dkt. # 220) entered by the District Court, that would compel their church, plaintiff Arizona Yage Assembly (AYA), and their minister, plaintiff Winfield Scott Stanley III (Stanley), to disclose those records. Taylor Cox, as a proposed intervenor, sought to intervene to protect their records from disclosure.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 7**           1           *Rev. 12/01/2018*

*Briefly describe the result below and the main issues on appeal.*

> The District Court denied the motion to intervene.
>
> The central issue is whether the Court erred in its determination that AYA and Stanley adequately represent the proposed intervenors.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

> AYA and Stanley are continuing their case against the Agency Defendants.

**Signature**  s/Charles Carreon    **Date** 01/17/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 7**                                   2                              Rev. 12/01/2018